> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Jose Gomez v. Wesley Beachy, K and K Trucking, Inc.

| | |
|---|---|
| Case Number | 49D04-2008-CT-028382 |
| Court | Marion Superior Court, Civil Division 4 |
| Type | CT - Civil Tort |
| Filed | 08/19/2020 |
| Status | 08/19/2020 , Pending  (active) |

## Parties to the Case

**Defendant   Beachy, Wesley**

| | |
|---|---|
| Address | 9006 North Meridian Road<br>Pleasant Lake, MI 49272 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Jordan Mark Slusher<br>*#3420449, Retained*<br><br>211 N Pennsylvania St<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |

**Defendant   K and K Trucking, Inc.**

| | |
|---|---|
| Address | c/o Owner Operator Services, Inc., Mark Elrod<br>3037 North 550E<br>Peru, IN 46970 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Jordan Mark Slusher<br>*#3420449, Retained*<br><br>211 N Pennsylvania St<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |

**Plaintiff      Gomez, Jose**

| Attorney | Ryan Etter |
|---|---|
| | *#2783249, Retained* |
| | KEN NUNN LAW OFFICE |
| | 104 Franklin Road |
| | Bloomington, IN 47404 |
| | 812-332-9451(W) |

## Chronological Case Summary

**08/19/2020** — Case Opened as a New Filing

**08/19/2020** — Complaint/Equivalent Pleading Filed
Complaint for Damages

| Filed By: | Gomez, Jose |
|---|---|
| File Stamp: | 08/19/2020 |

**08/19/2020** — Appearance Filed
Appearance

| For Party: | Gomez, Jose |
|---|---|
| File Stamp: | 08/19/2020 |

**08/19/2020** — Subpoena/Summons Filed
Summons to Wesley Beachy

| Filed By: | Gomez, Jose |
|---|---|
| File Stamp: | 08/19/2020 |

**08/19/2020** — Subpoena/Summons Filed
Summons to K and K Trucking, Inc.

| Filed By: | Gomez, Jose |
|---|---|
| File Stamp: | 08/19/2020 |

**08/26/2020** — Service Returned Served (E-Filing)
Return of Service for K and K Trucking

| Filed By: | Gomez, Jose |
|---|---|
| File Stamp: | 08/25/2020 |

**08/31/2020** — Appearance Filed
Appearance

| For Party: | Beachy, Wesley |
|---|---|
| For Party: | K and K Trucking, Inc. |
| File Stamp: | 08/31/2020 |

**08/31/2020** — Motion for Enlargement of Time Filed
Motion for Extension of Time

| Filed By: | Beachy, Wesley |
|---|---|
| Filed By: | K and K Trucking, Inc. |
| File Stamp: | 08/31/2020 |

**09/01/2020** — Order Granting Motion for Enlargement of Time
Order on Extension of Time

| Judicial Officer: | Ayers, Cynthia J |
|---|---|
| Order Signed: | 08/31/2020 |

**09/02/2020** — Automated ENotice Issued to Parties
Order Granting Motion for Enlargement of Time ---- 9/1/2020 : Erin A Clancy;Jordan Mark Slusher;Ryan Etter

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Gomez, Jose
Plaintiff

#### Balance Due (as of 09/18/2020)
0.00

#### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 08/19/2020 | Transaction Assessment | 157.00 |
| 08/19/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

JOSE GOMEZ

    VS.

WESLEY BEACHY and
K AND K TRUCKING, INC.

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Jose Gomez, by counsel, Ryan D. Etter of Ken Nunn Law Office, and for his cause of action against the Defendants, Wesley Beachy and K and K Trucking, Inc., alleges and states as follows:

### STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' 2010 Kenworth tractor and attached trailer was negligently driven by Wesley Beachy, causing a chain reaction collision with the vehicle driven by Plaintiff, Jose Gomez. As a result of the collision, Plaintiff has incurred medical expenses, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

### FIRST CAUSE OF ACTION

#### NEGLIGENCE OF WESLEY BEACHY

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about December 5, 2019 Defendant Wesley Beachy negligently drove a tractor-trailer, causing a chain reaction collision with a vehicle driven by the plaintiff, Jose Gomez.

    5.    Defendant Wesley Beachy had a duty to operate his tractor trailer in a safe and reasonable manner.

    6.    Defendant Wesley Beachy failed in the above mentioned duties and is therefore negligent.

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | |
|---|---|
| CAUSE NO: | |
| 1. Name of first initiating party | Jose Gomez<br>2812 S Pennsylvania Street<br>Indianapolis, IN  46225 |
| 2. Telephone of pro se initiating party | NA |
| 3. Attorney information (as applicable for service of process) | Ryan D. Etter #27832-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:           812 331-5321<br>Email:  ryane@kennunn.com |
| 4. Case type requested | CT (Civil Tort) |
| 5. Will accept FAX service | YES |
| 6. Are there related cases | NO |
| 7. Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | |

                        s/Ryan D. Etter
                        Attorney-at-Law
                        (Attorney information shown above.)

7. Defendant Wesley Beachy's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Jose Gomez's injuries and damages are permanent.

9. Plaintiff Jose Gomez has incurred medical bills for the treatment of his injuries directly resulting from this collision.

10. As a direct and proximate result of Wesley Beachy's negligence, Jose Gomez has experienced physical and mental pain and suffering, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF WESLEY BEACHY

11. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 10 above as if fully restated verbatim.

12. Wesley Beachy violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

13. Defendant Wesley Beachy's statutory violations directly and proximately caused Plaintiff's damages and injuries.

14. Defendant Wesley Beachy is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF K AND K TRUCKING, INC.

15. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 14 above as if fully restated verbatim.

16. Defendant Wesley Beachy was the employee, agent, servant, or independent contractor for K and K Trucking, Inc. Accordingly, K and K Trucking, Inc. is vicariously liable for the acts of Defendant Wesley Beachy for the causes of action above.

WHEREFORE, the Plaintiff, Jose Gomez, by counsel Ryan D. Etter of Ken Nunn Law Office, demands judgment against the Defendants, Wesley Beachy and K and K Trucking, Inc.

for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

                KEN NUNN LAW OFFICE

          BY:   *s/ Ryan D. Etter*
                Ryan D. Etter, #27832-49
                KEN NUNN LAW OFFICE
                104 South Franklin Road
                Bloomington, IN  47404
                Phone: (812) 332-9451
                Fax: (812) 331-5321
                E-mail: ryane@kennunn.com

## **REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

                KEN NUNN LAW OFFICE

          BY:   *s/ Ryan D. Etter*
                Ryan D. Etter, #27832-49
                KEN NUNN LAW OFFICE
                104 South Franklin Road
                Bloomington, IN  47404
                Phone: (812) 332-9451
                Fax: (812) 331-5321
                E-mail: ryane@kennunn.com

Ryan D. Etter, #27832-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Case 1:20-cv-02422-JPH-DML   49D04-2008-CT-028392   Filed 08/19/20   Page 8 of 16 PageID #: 15
Marion Superior Court, Civil Division 4

Filed: 8/19/2020 10:04 AM
Clerk
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Jose Gomez

        Plaintiff(s)

  VS.              No. _____

Wesley Beachy and K and K Trucking, Inc.

        Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Wesley Beachy, 9006 North Meridian Road, Pleasant Lake, MI 49272**

 You have been sued by the person(s) named "plaintiff" in the court stated above.

 The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

 You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

 If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/19/2020

                        _/s/ Myla A. Eldridge_
                        CLERK, MARION CIRCUIT/SUPERIOR COURTS

RYAN D. ETTER, #27832-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

 A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

                       _____
                       SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX By certified or registered mail with return receipt to above address.

☐ By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐ By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐ By serving his agent as provided by rule, statute or valid agreement, to-wit:

             KEN NUNN LAW OFFICE

            BY: _s/ RYAN D. ETTER_
              ATTORNEY FOR PLAINTIFF

[SEAL: MARION COUNTY COURTS, INDIANA]

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ _, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____                                    _____
                                                 SHERIFF or DEPUTY

Case 1:20-cv-02422-JPH-DML   Document 1-2   Filed 09/18/20   Page 10 of 16 PageID #: 17
Marion Superior Court, Civil Division 4

Filed: 8/19/2020 10:04 AM
Clerk
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Jose Gomez

                Plaintiff(s)

      VS.                                      No. _____

Wesley Beachy and K and K Trucking, Inc.

              Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **K and K Trucking, Inc., c/o Owner Operator Services, Inc., Mark Elrod, 3037 North 550E, Peru, IN 46970**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/19/2020

                                                    _Myla A. Eldridge_
                                                    CLERK, MARION CIRCUIT/SUPERIOR COURTS

RYAN D. ETTER, #27832-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

                                                        SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                      KEN NUNN LAW OFFICE

                                BY:   _s/ RYAN D. ETTER_
                                ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

                                                           _____
                                                           CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

                                                           _____
                                                           CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this __ day of _____, 2020.

                                                           _____
                                                           CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

                                                           _____
                                                           SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____                              _____
                                                           SHERIFF or DEPUTY

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 4 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-2008-CT-028382 |

JOSE GOMEZ,              )
                          )
    Plaintiff,         )
                          )
vs.                       )
                          )
WESLEY BEACHY and         )
K AND K TRUCKING, INC.,   )
                          )
    Defendants.       )

**APPEARANCE FORM (CIVIL)**
**RESPONDING PARTY**

1. Please enter my appearance for:

   **WESLEY BEACHY and K AND K TRUCKING, INC.**

2. Attorney information (as applicable for service of process):

   | | | |
   |---|---|---|
   | Name: | Erin A. Clancy | Atty. Number: 21962-49 |
   | | Jordan M. Slusher | Atty. Number: 34204-49 |
   | Address: | Kightlinger & Gray, LLP | Phone: 317/638-4521 |
   | | 211 N. Pennsylvania Street | FAX:  317/636-5917 |
   | | Suite 300 | Computer address: |
   | | Indianapolis, Indiana  46204 | eclancy@k-glaw.com |
   | | | jslusher@k-glaw.com |

3. Will responding party accept FAX service:  Yes ____  No  X

4. Additional information required by state or local rule:

                            KIGHTLINGER & GRAY, LLP


                     By:   */s/Erin A. Clancy*_____
                          Erin A. Clancy, I.D. No. 21962-49
                          Jordan M. Slusher, I.D. No. 34204-49
                          *Attorney for Defendants, Wesley Beachy and K and*
                          *K Trucking, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of August, 2020, the foregoing was electronically filed with the Marion County Superior Court 4 and was served – through the Court's E-Filing system – on the following:

Ryan D. Etter
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
ryane@kennunn.com
*Attorney for Plaintiff*

                                                                       */s/Erin A. Clancy*
                                                                       Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 4 |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-2008-CT-028382 |

| JOSE GOMEZ, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WESLEY BEACHY and | ) |
| K AND K TRUCKING, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants Wesley Beachy and K and K Trucking, Inc. ("Defendants"), by counsel, respectfully move the Court for an extension of time of 30 days up to and including October 11, 2020, in which to file a responsive pleading to Plaintiffs' Complaint for Damages. In support of said Motion, Defendants show the Court:

1.  That Plaintiff's Complaint for Damages was filed with the Court on August 19, 2020; thereby making Defendants' response due no earlier than September 11, 2020.

2.  Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including October 11, 2020, within which to answer or otherwise respond to Plaintiff's Complaint for Damages.

3.  This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiff's Complaint for Damages.

4.  Counsel for Defendants contacted counsel for Plaintiff who has advised he has no objection to the filing of this Motion.

WHEREFORE, Defendants Wesley Beachy and K and K Trucking, Inc., pray that the time for filing a responsive pleading to the Plaintiff's Complaint for Damages be extended for a period of thirty (30) days, up to and including October 11, 2020 and for all other just and proper relief in the premises.

                    KIGHTLINGER & GRAY, LLP

By: */s/Erin A. Clancy*
Erin A. Clancy, I.D. No. 21962-49
Jordan M. Slusher, I.D. No. 34204-49
*Attorney for Defendants, Wesley Beachy and K and K Trucking, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2020, the foregoing was electronically filed with the Marion County Superior Court 4 and was served – through the Court's E-Filing system – on the following:

Ryan D. Etter
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
ryane@kennunn.com
*Attorney for Plaintiff*

                    */s/Erin A. Clancy*
                    Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

F I L E D
September 1, 2020
CLERK OF THE COURT
MARION COUNTY
CF

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT 4 |
|---|---|---|
|  | ) SS: |  |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-2008-CT-028382 |

JOSE GOMEZ,                                        )
                                                   )
    Plaintiff,                          )
                                                   )
vs.                                                )
                                                   )
WESLEY BEACHY and                                  )
K AND K TRUCKING, INC.,                            )
                                                   )
    Defendants.                         )

## ORDER ON EXTENSION OF TIME

This cause came before the Court upon the Motion of the Defendants for a Motion for Extension of Time to respond to Plaintiff's Complaint for Damages.

The Court, having considered said Motion and, being duly advised in the premises, now GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants Wesley Beachy and K and K Trucking, Inc., may have an extension of time of thirty (30) days, up to and including October 11, 2020, within which to answer or otherwise plead to Plaintiff's Complaint for Damages.

DATED: **August 31, 2020**

_____
Judge, Marion County Superior Court 41

Distribution to:

| Ryan D. Etter<br>KEN NUNN LAW OFFICE<br>104 South Franklin Road<br>Bloomington, IN 47404<br>ryane@kennunn.com<br>*Attorney for Plaintiff* | Erin A. Clancy<br>Jordan M. Slusher<br>KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>211 N. Pennsylvania Street<br>Indianapolis, IN 46204<br>eclancy@k-glaw.com<br>jslusher@k-glaw.com<br>*Attorney for Defendant* |

200658\60488780-1