UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSE GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02422-JPH-DML |
| | ) |
| WESLEY BEACHY, | ) |
| K & K TRUCKING, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING MOTION DUE TO LOCAL RULE VIOLATION**

Plaintiff has filed a single document, dkt. [15], which includes both a motion for leave to file an amended complaint and a motion to remand the action to state court. This violates Local Rule 7-1(a), which requires motions to "be filed separately" unless they are "alternative motions" that are each "named in the title." Here, the motions are not filed in the alternative. As a result, the Court **DENIES without prejudice** Plaintiff's motion, dkt. [15], for violating Local Rule 7-1(a). *See, e.g.*, *Duncanson v. Wine & Canvas IP Holdings LLC*, No. 1:16-CV-00788-SEB-DML, 2017 WL 5170958, at *5 (S.D. Ind. Feb. 9, 2017) (Local Rule 7-1 "violation would authorize the Court to deny Defendants' motion based on that failure alone.").

**SO ORDERED.**

Date: 10/30/2020

                                                    *James Patrick Hanlon*
                                                    James Patrick Hanlon
                                                    United States District Judge
                                                    Southern District of Indiana

Distribution:

Erin A. Clancy
KIGHTLINGER & GRAY, LLP (Indianapolis)
eclancy@k-glaw.com

Ryan Daniel Etter
KEN NUNN LAW OFFICE
ryane@kennunn.com

Ryan Oliver Farner
KIGHTLINGER & GRAY, LLP (Indianapolis)
rfarner@k-glaw.com