UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSE GOMEZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:20-cv-02422-JPH-DML |
| WESLEY BEACHY and K and K TRUCKING, INC. et al. | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR
## LEAVE TO AMEND COMPLAINT

The matter is before the court on Plaintiff's Motion for Leave to Amend Complaint Pursuant to F.R.C.P. 15(2).

The court GRANTS the motion and directs the Clerk to docket the amended complaint at Dkt. 17-1. The current defendants are deemed served with its entry on the docket. The plaintiff must arrange for prompt service of the amended complaint and summons on the new defendants.

Date: 11/24/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTE TO:

All counsel of
record via CM/ECF