UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSE GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02422-JPH-DML |
| | ) |
| WESLEY BEACHY, | ) |
| K & K TRUCKING, INC., | ) |
| ANTHONY PERNELL, | ) |
| KATHLEEN SETTLE, | ) |
| JULIE STROUP, | ) |
| CARRIE LANE, | ) |
| RACHEL DUFFER, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON UNOPPOSED MOTION TO REMAND**

Plaintiff, Jose Gomez, has filed a first amended complaint that removed the complete diversity of the parties, dkt. 20, and a motion to remand this case to state court, dkt. 18. All defendants who have appeared do not oppose the motion to remand. Dkt. 34; dkt. 35; dkt. 38; dkt. 39; dkt. 40.

For the reasons in the motion, the Court **GRANTS** the motion to remand, dkt. [18], and **REMANDS** this case to the Marion Superior Court. *See Schur v. L.A. Weight Loss Ctrs.*, 577 F.3d 752 (7th Cir. 2009).

**SO ORDERED.**

Date: 2/9/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Erin A. Clancy
KIGHTLINGER & GRAY, LLP (Indianapolis)
eclancy@k-glaw.com

Ryan Daniel Etter
KEN NUNN LAW OFFICE
ryane@kennunn.com

Ryan Oliver Farner
KIGHTLINGER & GRAY, LLP (Indianapolis)
rfarner@k-glaw.com

Jenna C. Lower
LAW OFFICES OF THE LIBERTY MUTUAL GROUP
jenna.lower@libertymutual.com

Matthew Charles Robinson
YARLING & ROBINSON
mrobinson@yarling.com

Bradley J Schulz
STATE FARM LITIGATION COUNSEL
indi.law-schulz@statefarm.com

Jordan M. Slusher
KIGHTLINGER & GRAY, LLP (Indianapolis)
jslusher@k-glaw.com

Jan Thomas Vetne
JONES OBENCHAIN LLP
jtv@jonesobenchain.com